FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 1:31 pm, Sep 28, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR219-44 |
| | ) | |
| RAY ASHLEY DIXON | ) | |

## FINAL ORDER OF FORFEITURE

Plaintiff, the United States of America, has moved this Court, pursuant to Federal Rules of Criminal Procedure 32.2(c) and 43(a), for a Final Order of Forfeiture in this ancillary proceeding against the following:

- Pineland Bank, Savings Acct. #539431 valued at $4,500.88,

- $105,206.00 U.S. Currency,

- The Contents of Pineland Bank Safe Deposit Box #593 (Approximately $13,592.00,

- Pineland Bank, Business Checking Acct. $5002001680, valued at $1,970.00,

- Pineland Bank, Business Checking Acct. #20017241, valued at $80,816.00,

- Pineland Bank, Personal Checking Acct. #5002000621, valued at 18,458.83,

- Pineland Bank, Personal Checking Acct. #60017190, valued at $4,797.86,

- TD Ameritrade, Acct. #864-739674, valued at $12,191.07,

- COR Clearing LLC, Acct. #4797-3549, valued at $103,912.55,

- 1st Franklin Financial, Acct. #10-200369-8, valued at 13,919.33,

- 1st Franklin Financial, Acct. #10-600255-5, valued at 60,811.39,

- 1st Franklin Financial, Acct. #10-600330-6, valued at 53,148.31,

- 1st Franklin Financial, Acct. #10-540940-5, valued at $10,020.70,
- 1st Franklin Financial, Acct. #10-540269-9, valued at $10,254.16,
- 2017 Ford F-150 XLT,
- 2019 GMC Sierra 1500 Denali,
- 2018 Ford F-350 Lariat,
- 1957 Chevrolet Bel-Air Sport Coupe,
- Computershare, Brokerage Acct. #C0006310061, valued at $5,420.99,
- Northwestern Mutual, Variable Annuity Contract #19430583, valued at $169,124.36,
- Northwestern Mutual, Variable Annuity Contract #18098063, valued at $78,707.24,
- Edward Jones Investments, Acct. #381-83699-1-4, valued at $96,840.98
- Northwestern Mutual, Life Insurance Policy #22020258, valued at $3,060.76,
- Computershare, Brokerage Acct. #C0006876994, valued at $5,459.25, and
- 61 assorted firearms

(Collectively, the "Subject Property").

On July 31, 2019, pursuant to a written plea agreement, Defendant Ray Ashley Dixon (hereinafter, the "Defendant") pled guilty to Count One of the Information charging a violation of 18 U.S.C. § 371, Conspiracy.

Pursuant to his plea agreement, Defendant agreed to forfeit to the United States all rights, and interest in all assets seizure pursuant to 18 U.S.C. § 982(a)(7),

which includes any property, real or personal, that constitutes or is derived directly or indirectly, from gross proceed traceable to the commission of the charged offense. Specifically, the Defendant agrees to forfeit his interest in all Subject Property.

Additionally, pursuant to his plea agreement, Defendant agreed to waive the requirements of Federal Rules of Criminal Procedure 32.2, and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment without further order of the Court.

The Government has represented that it has completed all third-party notice as required by Rules 32.2 and 43(a), and that the Defendant and all third-parties, including, their heirs, successors, and assigns, and all other persons and entities having any right, title, claim to or interest in the Subject Property have either conceded or otherwise failed to contest this forfeiture within the permitted statutory timeframe.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The United States' Motion for Final Order of Forfeiture is **GRANTED**;

2. The Subject Property is hereby forfeited to the United States of America, and all right, title, claim and interest to the Subject Property by the Defendant and/or any third-party, their heirs, successors, and assigns, and all other persons and entities are vested in the United States of America;

3. The Defendant and/or any third-party, their heirs, successors, and assigns, and all other persons and entities are forever barred from asserting a claim against the Subject Property;

4. The United States Marshals Service or an authorized designee shall make arrangements to dispose of the Subject Property according to law and regulatory procedures; and

5. The Clerk is hereby directed to enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure upon the same terms and condition as outlined in this Final Order of Forfeiture.

SO ORDERED, this 28 day of September, 2020.

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA